# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2007

132446

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KATHLEEN FORSYTH, as Personal
Representative of the Estate of
Barry Hugh Forsyth, Deceased,
　　　　　Plaintiff-Appellant,

v

DR. JOHN HOPPER, DR. ERIC
WYNTON AYERS, and AFFILIATED
INTERNISTS CORP.,
　　　　　Defendants,

and

DR. JONATHAN EDWARD
PASKO and DETROIT RECEIVING
HOSPITAL,
　　　　　Defendants-Appellees.

SC: 132446
COA: 263378
Wayne CC: 03-315237-NH

_____/

　　　　On order of the Court, the application for leave to appeal the August 3, 2006 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Mullins v St. Joseph Mercy Hospital* (Docket No. 131879) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2007

Clerk